## THOMPSON *v.* WARD, sheriff.

BECK, J. Under the evidence in this case the plaintiff was a bailee of the property to recover the possession of which the action of trover was brought, and the defendant, without warrant of law, took the property from his possession. Such being the case, the bailee could maintain trover to recover the property; and the court erred in directing a verdict in favor of the defendant.

*Judgment reversed. All the Justices concur, except Fish, C. J., absent.*

SEPTEMBER 16, 1915.

Trover. Before Judge Fite. Catoosa superior court. August 6, 1914.

*William E. Mann,* for plaintiff.

*Maddox, McCamy & Shumate,* for defendant.